[No. 32790-9-I.  Division One.  February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRON WAYNE BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-04736-5; Peter Jarvis, J., entered June 17, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield and Kennedy, JJ.

[No. 29373-7-I.  Division One.  February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01387-6, Ricardo S. Martinez, J., entered September 20, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, C.J., and Forrest, J.

[No. 31631-1-I.  Division One.  February 7, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. EUGENE MARTIN BLACKETTE, JR., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03390-5, Larry A. Jordan, J., entered October 6, 1992. *Reversed* by unpublished per curiam opinion.

[No. 28050-3-I.  Division One.  February 7, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. SHELLEY LOUISE AKERS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03253-8, Carmen Otero, J., entered February 19, 1991. *Reversed* by unpublished per curiam opinion.